UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:21CR 223 (KAD) |
| | : |
| v. | : VIOLATION: |
| | : |
| | : 33 U.S.C. § 1319(c)(2)(A) |
| MARMON UTILITY LLC | : (Clean Water Act) |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12/21/2021                    20
Robin D. Tabora, Clerk
By _____
Deputy Clerk

INFORMATION

The Acting United States Attorney charges:

COUNT ONE
(Clean Water Act - 33 U.S.C. § 1319(c)(2)(A))

On every day from at least April 24, 2016, through September 29, 2016, in the District of Connecticut, the defendant MARMON UTILITY LLC knowingly violated, and caused a violation of, the requirements imposed in a pretreatment program approved pursuant to 33 U.S.C. § 1342 by failing to properly operate and maintain the facilities and systems for industrial wastewater collection, storage, treatment, and control at the Kerite Power Cable & Pump Cable factory located at 49 Day Street in Seymour, Connecticut.

All in violation of Title 33, United States Code, Section 1319(c)(2)(A).

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

_____
HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY